RECEIVED IN
The Court of Appeals
Sixth District

NOV 16 2015

Texarkana, Texas
Debra Autrey, Clerk

Court of Appeals,

06-15-00050-CR

11-7-15

May I request another extension please, As you probaly Know, nothing in prison is free, those inmates who know the law, charge up to $200 for help, I have found a few to guide me on how to do it myself, my attorney droped me 14 days before my 1st deadline & I got a 30 day extension, it is hard to try & learn the law in 45 days that takes (lawyers) years, as you know, May I please get one more extension to get it done, this is very hard to do on your own with no knowledge. Thank you for your time,

Brad Dunn

FILED IN
The Court of Appeals
Sixth District

NOV 16 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Info.

Brad Allen Dunn TDCJ # 1988053
Michael Unit
2664 FM 2054
Tennessee Colony, Tx 75886

Case # 06-15-00050-CR
Trial # 14-0029X